AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| MRI SOFTWARE, LLC <br><br> *Plaintiff* <br> v. <br> LYNX SYSTEMS, INC. <br><br> *Defendant* | ) ) ) ) ) Civil Action No. 1:12cv1082 ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Lynx Systems, Inc.
932 The East Mall, 3rd Floor
Toronto, Ontario M9B 6J9 CANADA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Georgia E. Yanchar
Calfee, Halter & Griswold, LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OHIO 44114-1607 USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith
*CLERK OF COURT*

Date: 05/01/2012

s/Betty Childress
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:12cv1082

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LYNX SYSTEMS, INC.
was received by me on *(date)* MAY 2, 2012.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DON ROBINSON , who is designated by law to accept service of process on behalf of *(name of organization)* LYNX SYSTEMS, INC. on *(date)* MAY 2, 2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: MAY 3, 2012

*Server's signature*

NICOLA NAISMITH, PROCESS SERVER
*Printed name and title*

3627 STONECUTTER CR, MISSISSAUGA, ONTARIO
L5M 7L8
*Server's address*

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MRI SOFTWARE, LLC, ) CASE NO.: 1:12-cv-l082
 )
    Plaintiff, )
 ) JUDGE: Christopher A. Boyko
vs. )
 )
LYNX SYSTEMS, INC., )
 )
    Defendant )

### AFFIDAVIT OF SERVICE

I, NICOLA NAISMITH of the City of MISSISSAUGA, in the Province of Ontario, Canada SWEAR THAT:

1.    On May 2, 2012, at 3:20pm I served the defendant Lynx Systems, Inc. with the following documents:

    (a)    Complaint filed May 1, 2012; and

    (b)    Summons dated May 1, 2012,

by leaving the said documents with DON ROBINSON who held the capacity of _____ of the said defendant at 932 The East Mall, 3rd Floor, Toronto, M9B 6J9.

SWORN BEFORE ME at the City of )
Toronto, in the Province of Ontario, this )
3RD day of May, 2012. )
 )
 )
_____ ) _____
A COMMISSIONER FOR OATHS )
in and for the Province of Ontario )

Sandra Martins Eliopoulos, a Commissioner, etc.,
Province of Ontario, for Capital Process Servers Inc.
and for process serving and Residential Tenancies Act,
2006 matters only. Expires January 25, 2014.