# Exhibit A

Dear Valued Client,

We at MRI Software recognize the importance of providing our customers not only with superior software, but also with excellent professional services and support. We look to excel across these various areas to drive a positive customer experience. That said, we recognize that some of our clients prefer to use third parties other than MRI, to assist in the maintenance and configuration of their respective MRI Software solutions. While we prefer our clients to use MRI's support and service offerings, we recognize and respect the fact that some clients may choose to use third parties to assist in their use of MRI Software systems. Our greatest passion and desire is to enable our clients to maximize the utility and productivity they get from their MRI Software system, regardless of how they do so.

However, MRI Software also needs to protect its interests and the interests of its customers, and we will do so when the circumstances necessitate. I would like to make you aware of efforts we have taken to vigorously defend MRI Software against another company that has engaged in an improper effort to undermine our business. As of today, MRI has filed a lawsuit and request for an injunction against Lynx Systems, asserting claims of copyright law violations, false designation of origin, false advertising and commercial disparagement. MRI has learned that Lynx improperly offers discounted support and maintenance for MRI Software to induce MRI Software users not to renew -- and in some cases to violate -- their agreements with MRI, in favor of Lynx. By misappropriating MRI's assets, Lynx is depriving MRI of the ability to control and protect the perceived quality of its software, and is tarnishing MRI's valuable reputation. By infringing MRI's copyrights, Lynx diminishes the resources available to MRI to continue to improve its software for the benefit of its clients. As a customer interested in fair play and ethical behavior from its service providers, I'm sure you can understand why we have followed this course.

We are cognizant of the fact that some of our clients may currently use Lynx to supplement their normal business operations. For those clients, we want to ensure minimal disruption to their business operations due to this legal action. The relief sought by MRI will not, in any way, prevent MRI Software users from continuing to exercise their perpetual rights to use the MRI Software as authorized in their licenses from MRI. Ultimately, our intent in pursuing this legal action is to ensure that our customers, partners, and employees are protected from an illegal business model.

If you are currently receiving services of any type from Lynx and require assistance, please send an email to your Account Executive to that effect. We will work with you to the best our ability to ensure you are able to utilize MRI without interruption.

Thank you for taking the time to read this update. If you have any questions or comments that you would like to share, please call us at 800-321-8770, or contact me personally at david.post@mrisoftware.com.

As always, thank you for your business. Please let me know if you have any questions about this or another issue or concern. My door is always open.

Regards,

**David Post**
Chief Executive Officer
MRI Software