UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MRI SOFTWARE, LLC, | ) | CASE NO.1:12CV1082 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| LYNX SYSTEMS, INC. | ) | ORDER |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

In-person attorney status conference held. As a result of discussions in chambers, the Court Orders the following. Defendant shall make available for deposition, its party representative, Don Robinson, no later than Sept. 26, 2012. The deposition shall be limited to no more than three hours. Parties shall negotiate a possible Consent Judgment within two weeks of the date of this Order. Defendant shall review the Protective Order in this case and shall inform Plaintiff's counsel no later than September 21, 2012, if it will redesignate discovery labeled "attorneys eyes only" to "confidential." Plaintiff shall file a new Preliminary Injunction Motion, limited to no more than thirty pages (12 point font, 1 and ½ inch margins) no later than Oct. 26, 2012. Defendant's Opposition shall be due no later than Nov. 16, 2012 (same format as Plaintiff's Motion). Plaintiff's Reply shall be due no later than Nov. 28, 2012 (same format as above).

The Court adopts the parties' agreed upon case management dates as follows:

Non-expert discovery due:	January 15, 2013

Initial Expert Reports due:	March 1, 2013

| | |
|---|---|
| Responsive expert reports due: | April 15, 2013 |
| Expert discovery due: | June 1, 2013 |
| Dispositive motions due: | July 15, 2013 |

IT IS SO ORDERED.

                                                s/ Christopher A. Boyko
                                                CHRISTOPHER A. BOYKO
                                                United States District Judge

Dated:  September 19, 2012