# Exhibit A

# To Stipulated Injunction Order



- > LYNX PRODUCTS
- > MRI Report Library
-   Lynx Products List

## MRI REPORT LIBRARY

| Commercial Area: | Description | Report |
|---|---|---|
| Budget Space Occupancy | 📄 | 📄 |
| Collated Statement And Invoice Printing | 📄 | 📄 |
| Credit Apply Solution CM New! | 📄 | 📄 |
| Customized Invoice | 📄 | 📄 |
| Customized Statement | 📄 | 📄 |
| Income Category Transaction Analaysis | 📄 | 📄 |
| Recovery Invoice New! | 📄 | 📄 |
| Recurring Charges Monthly New! | 📄 | 📄 📄 |
| Rental Advice Notice | 📄 | 📄 📄 |
| Rental Advice Notice - Enhanced | 📄 | 📄 |
| Revenue Budgeting Report | 📄 | 📄 |
| Statistical Reporting Package | 📄 | 📄 |
| Top Performers Report | 📄 | 📄 |

| Residential Area: | Description | Report |
|---|---|---|
| Aged Delinquencies | 📄 | 📄 |
| Annual Rent Receipt | 📄 | 📄 |
| Applicant Priority Report | 📄 | 📄 |
| Counter Receipts | 📄 | 📄 |
| Credit Apply Solution RM New! | 📄 | 📄 |
| Customized Residential Invoice | 📄 | 📄 |
| Delinquency Report | 📄 | 📄 |
| Gross Potential Rent Report | 📄 | 📄 |
| One Line Rent Roll Version 1 | 📄 | 📄 |
| One Line Rent Roll Version 2 | 📄 | 📄 |
| Portfolio Summary Vacancy & Turnover Report | 📄 | 📄 |
| Rental Application Form | 📄 | 📄 |
| Rent Up Fix | 📄 | 📄 |
| Unit Detail Report | 📄 | 📄 |
| Unit Status Report | 📄 | 📄 |

| General Ledger / Financial | Description | Report |
|---|---|---|
| Consolidated Financial Reporting By Columns | 📄 | 📄 📄 |
| Financial Summary (Graphs) | 📄 | 📄 |
| General Ledger By Department New! | 📄 | 📄 |
| General Ledger Run By Jobcode | 📄 | 📄 |

| | | | | | |
|---|---|---|---|---|---|
| Income Statement With Color Highlights | ▣ | ▣ | | | |
| Income Statement With CM Statistics New! | ▣ | ▣ | ▣ | | |
| Income Statement With Prior Year Comparison | ▣ | ▣ | ▣ | | |
| Investor Budget Comparative Quarterly | ▣ | ▣ | | | |
| Multi Quarters Report | ▣ | ▣ | ▣ | | |
| Net Operating Income Analysis Reports | ▣ | ▣ | ▣ | ▣ | ▣ |
| Trial Balance With Variable Periods | ▣ | ▣ | | | |
| Trial Balance - All Accounts, Excel Output | ▣ | ▣ | ▣ | | |
| Financial Reporting With Projects In Columns New! | ▣ | ▣ | | | |
| Enhanced Financial Reporting In MRI New! | ▣ | ▣ | | | |

**Corporate AR**

| | | | | |
|---|---|---|---|---|
| Credit Apply Solution AR New! | ▣ | | | |
| Recurring Charges For Corporate AR | ▣ | ▣ | ▣ | |

**Accounts Payable**

| | |
|---|---|
| PO Selection In Invoice | ▣ |

**Job Cost**

| | |
|---|---|
| Cost Summary By Period or Date Range | ▣ |

**Other**

| | | | | |
|---|---|---|---|---|
| Columnar Analysis | ▣ | ▣ | ▣ | ▣ |
| Multi-Reporting Concept | ▣ | ▣ | | |

**Program Applications**

| | | | | | | |
|---|---|---|---|---|---|---|
| Annual Interest Calculation & SODA Modification | ▣ | ▣ | | | | |
| Consolidated Cash Receipts | ▣ | ▣ | ▣ | ▣ | ▣ | ▣ |
| GL Inquiry | ▣ | | | | | |
| Retroactive Adjustments | ▣ | | | | | |

Legal | Privacy Policy | © Copyright Lynx Systems Inc. © 2012 , Created by Rapport



## PRODUCT LIST-MRI

LYNX PRODUCTS

MRI Report Library

Lynx Products List

- Canadian Tax Reporting (CTR)
- Central Address Book (OAB)
- CM Retroactive
- Condominium Management (Condo)
- Consolidated Cash Receipts (CCR)
- Corporate AR-Recurring Charges (CRC)
- Corporate Information Treasury (CIT)

- Electronic Funds Transfer (EFT)

- Land Development
- MPAC Interface
- Owner Distribution (OD)
- Post Dated Cheques – Commercial (PDC-CM)
- Post Dated Cheques – Residential (PDD-RM)
- Purchase Order Commitment Accounting (POCA)
- Purchase Order/Work Order Link (PO/WO)
- Rent Control

Legal | Private Policy | ℠ Copyright Lynx Systems Inc. © 2012 | Created by Rapport