# Exhibit B

# To Stipulated Injunction Order



JOIN THE NETWORK
Email address..

Like 556  Follow Us

     

Social Media    Smart Phones    Gadgets    Web 2.0    Video    Top Ten

PRESS RELEASES

# MRI Users Receive Improved ROI Using Report by Lynx Systems

The new Lynx Multi-Reporting Concept report results in improved ROI for 3rd Party Managers. Lynx specializes in producing customized reports for the real estate industry and has produced dozens of customized reports.  Like

 18-APR-2012-WDM-Group-PR-Network

TORONTO, ON, April 18, 2012 /24-7PressRelease/ -- This is a quote from Realty & Mortgage Co. regarding the new Lynx Multi-Reporting Concept.

Share

0

Tweet

The multi report solved a number of problems with our monthly reporting process. Our package included 5 separate reports that needed to be printed, collated and mailed to individual owners and investors of our managed 3rd party portfolio. These reports average some 40 pages per property and took approximately 4 staff days to fully produce and get into the mail. We have now cut production time to 1 day and have virtually eliminated postage by e-mailing reports to clients. We estimate that the annual savings will be in the neighborhood of $30,000 and can provide accurate information to our clients more quickly.

The Lynx team has been outstanding to work with from both sales and a programming perspective. The professionalism and follow through is extraordinary.

Thanks again.

Sincerely,
Hugh Rider
V.P. Financial Services
Realty & Mortgage Co.
Chicago, IL

Please see our MRI Report Library on our website.

Multi Reporting Concept by Lynx Systems for Realty & Mortgage Co. - A Case Study

Realty & Mortgage Co. is a full service real estate firm with a focus on property management. The company has been in business for over 100 years and is based in the Chicago area. It acts as a fee manager for about 130 residential properties covering over 6,000 active leases.

One of the major problems for a fee manager is the periodic reporting to the actual owners of the properties. These reports must be produced on a timely basis and must be complete, accurate, and professional. In addition, the monthly reporting package consists of 9 different reports for each property.

In using the MRI Software, Realty & Mortgage Co. had a tool to support these requirements. However, with the size and scale of the operations, this reporting activity was both cumbersome and costly. The monthly production of these reports was taking 3 to 4 days per month. Each of these reports had to be printed, collated and sorted into the appropriate packages for each property. More recently, with the requirement to output the reports to electronic pdf files, it was difficult to cut portions of each file and paste them back together into the proper packages for each property.

Lynx Systems Inc. was able to help Realty & Mortgage Co. by automating the entire report production process. The Multi Report Concept was built and combined all the reports together. In a single run of the report for one or more properties, all the "sub reports" are now printed in sequence for each property. Only one launch form is necessary for all the sub reports because that launch form easily accommodates all parameters that any individual sub report requires. Another feature of the concept is that the appropriate page headers are printed for each of the sub reports. For Realty & Mortgage Co. the individual sub reports included:

Monthly Operating Statement, Comparative Profit & Loss Statement, Rent Roll, Monthly Analysis Of Security Deposit Changes, Check Register, Open Invoice List, General Ledger, Balance Sheet, Trial Balance

The Multi Report Concept allows any MRI client to customize and include any set of reports to be printed within the group. If multiple properties are selected, the page numbering begins a 1 at the start of the first report for each property. In addition, the Multi Report Concept allows the user to print any subset of the sub reports or all the sub reports, depending on the situation.

The output from the Multi Report Concept can be a traditional printed copy, or a pdf file. Software was added that allows a pdf file to be split into separate files. This means that one pdf file can be produced at the end of the month for all properties including all the necessary sub reports. Using this add-on program that file can be split into the appropriate "sub files" for each property.

The Result: At the end of the month, the Multi Report Concept produces the complete set of owner reporting packages in about an hour instead of the original four days! Now that is property management in the 21st century!

Don Robinson
President
Lynx Systems Inc.
1-866-517-1088 Ext 263
drobinson@lynxsystemsinc.com
www.lynxsystemsinc.com

About Lynx Systems Inc.
Lynx Systems Inc. is a technology consulting company that specializes in assisting real estate companies with their automation needs with a focus on Yardi, MRI and Microsoft SharePoint solutions. Lynx Systems works with clients across Canada and the US to improve productivity and reduce costs by focusing on key processes and by recommending state-of-the-art solutions that streamline operations. Our services include selection, implementation, support, customization, training, information architecture and taxonomy, web application development, and branding services, to name a few. www.lynxsystemsinc.com

Press release service and press release distribution provided by http://www.24-7pressrelease.com