UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MRI SOFTWARE, LLC, | ) | CASE NO.: 1:12-CV-01082 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | **CONFIRMATION OF COMPLIANCE** |
| LYNX SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Now comes Defendant Lynx Systems, Inc., by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and hereby confirms that Lynx Systems, Inc. has complied with the destruction requirements of Paragraph 1 of the Court's Preliminary Injunction Order of November 9, 2012.

Respectfully submitted,

_____
Lynx Systems, Inc.

By: Don Robinson

s/John T. McLandrich
JOHN T. MCLANDRICH (0021494)
Mazanec, Raskin & Ryder CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
(440) 248-7906
(440) 248-8861 - Fax
Email: jmclandrich@mrrlaw.com

Counsel for Defendant Lynx Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2012, a copy of the foregoing Confirmation of Compliance was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/John T. McLandrich*
JOHN T. MCLANDRICH (0021494)

Counsel for Defendant Lynx Systems, Inc.

BERKL-120121/Notice of Compliance