

View this in your browser

**Dear Valued Client,**

As you may be aware, in mid-2012, MRI filed a lawsuit in Federal Court against Lynx Systems, Inc. The purpose of MRI's complaint was to address damage that we believe Lynx has caused our business, including infringing upon our intellectual property and negatively impacting our ability to provide quality products and services to clients. The purpose of this communication is to provide you with an update on that litigation.

On Friday, November 9th, the Court ordered Lynx to remove, and permanently destroy, any and all copies of the MRI's software installed on its computers. In addition, the Court directed Lynx to halt, amongst other conduct:

- Copying or distributing any copy of the MRI software
- Developing or implementing Toolkit customizations or upgrades on behalf of most MRI customers
- Reselling Toolkit customizations, including those it previously advertised on its website and elsewhere as its "MRI Report Library," "Lynx-Products MRI," and "Multi-Report Tool"
- Accessing the myMRI Client Portal
- Promoting itself as an affiliate of MRI
- Making false statements regarding MRI, MRI software, or MRI's services

I am pleased with the Court's Order, which helps to preserve MRI's ability to provide our customers not only with superior software, but also with excellent professional services and support.

Please be assured that, even if you are receiving services from Lynx, the Court's order does not, in any way, prevent you from continuing to use MRI software as is authorized by your license from MRI. However, if you are currently receiving services from Lynx and have questions or concerns in regards to the impact of this injunction, please send an email to your Account Executive or contact me personally at david.post@mrisoftware.com. We will work with you to the best of our ability to ensure you are able to continue utilizing MRI Software, including its services and support, without interruption.

Thank you for taking the time to read this update, and, as always, thank you for your business.

Regards,

**David Post**
Chief Executive Officer
MRI Software LLC

| 1.800.321.8770 | www.mrisoftware.com | info@mrisoftware.com |
|---|---|---|

© Copyright 2009-2013 - MRI Software LLC. All rights reserved.

This email was sent by: MRI Software
Our address is 28925 Fountain Parkway, Solon, OH, 44139, United States of America

*If you are no longer the appropriate contact to receive these emails, please reply to this message with the correct contact and we will remove you from the list. Or you may Unsubscribe.*

*(You can also send your request to Customer Care at the street address above.)*