UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MRI SOFTWARE LLC** | ) | **CASE NO.1:12CV1082** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **LYNX SYSTEMS, INC.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on Plaintiff's Motion to Show Cause Why Defendant Should not be Held in Contempt of the November 9, 2012 Injunction Order (ECF # 40), Motion to Compel Discovery (ECF # 45) and Defendant's Motion to Strike (ECF # 59).

Regarding Plaintiff's Motion to Show Cause, the Court orders Defendant to submit to the Court, no later than April 15, 2013, an affidavit of counsel and of a Fed. R. Civ. P. 30(b)(5) corporate representative specifically addressing the issues raised by Plaintiff in its Motion.

Regarding Plaintiff's Motion to Compel, because Defendant stated its intent to comply with Plaintiff's discovery requests no later than March 8, 2013, the Court orders Plaintiff to submit, no later than April 15, 2013, a summary of the discovery provided by Defendant on March 8 and a summary of any outstanding discovery requested.

The Court denies Defendant's Motion to Strike however, the Court orders Plaintiff to file all further filings with the Court in the same spacing, font and margins as that found in its Memorandum in Support of Plaintiff's Motion to Compel Discovery (ECF 45-1).

Upon receipt of the above ordered filings the Court will determine how to proceed.

IT IS SO ORDERED.

    /S/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge