UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MRI SOFTWARE LLC, | ) | Case No. 1:12-cv-01082-CAB |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR LEAVE TO FILE** |
| LYNX SYSTEMS, INC., | ) | **AMENDED COMPLAINT** |
| | ) | |
| Defendant. | ) | |

Plaintiff, MRI Software LLC ("MRI"), hereby respectfully moves for Leave to File an Amended Complaint. MRI's proposed First Amended Complaint, which is attached as Exhibit A to MRI's Memorandum in Support, adds Donald Robinson, the President of Defendant, Lynx Systems, Inc. ("Lynx"), as a defendant. For all the reasons set forth in MRI's attached Memorandum in Support, MRI respectfully requests leave to file its proposed First Amended Complaint.

Respectfully submitted,

DATED: May 21, 2013

Signature  /s/ Georgia Yanchar
Daniel McMullen (0034380)
Georgia Yanchar (0071458)
CALFEE, HALTER & GRISWOLD, LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH  44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
dmcmullen@calfee.com
gyanchar@calfee.com

Counsel for MRI Software LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2013, a true and correct copy of the foregoing was filed electronically with the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and parties may access this filing through the Court's System.

*/s/ Georgia E. Yanchar*
One of the Attorneys for Plaintiff
