# Exhibit A

# Yanchar, Georgia

| | |
|---|---|
| From: | Yanchar, Georgia |
| Sent: | Monday, June 10, 2013 2:19 PM |
| To: | 'dmovius@mcdonaldhopkins.com'; 'McLandrich, John' |
| Cc: | McMullen, Dan |
| Subject: | MRI v. Lynx - document production |

Dear Counsel,

We plan to make a production of documents, via a disc, tomorrow, in response to Lynx's document requests. Please let me know to whom we should send the disc.

Regards,

Georgia

1