IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MRI SOFTWARE LLC**,** | ) CASE NO.:  1:12 cv 1082 |
| Plaintiff, | ) |
| vs. | ) JUDGE:  Christopher A. Boyko |
| LYNX SYSTEMS, INC., | ) |
| Defendant. | ) |

**JOINT MOTION TO SET CASE SCHEDULE AND FOR STATUS CONFERENCE**

Plaintiff, MRI Software LLC ("MRI") and Defendant, Lynx Systems, Inc. ("Lynx") jointly move the Court to set the case schedule below and for a status conference.  On May 15, 2013, the parties jointly moved the Court to enter the following deadlines:

- Non-expert Discovery due by 7/15/2013;

- Expert reports due by 9/2/2013 and 10/16/2013;

- Expert Discovery due by 12/2/2013; and

- Dispositive Motions due by 1/15/2014.

*See* Doc. # 75.  The May 15 joint motion also memorialized several agreements between the parties as to fact discovery, including as to production of emails and deposition discovery, which remain ongoing, and the parties have engaged in further discovery since filing their joint motion that is not yet complete. The parties have thus determined that additional time is needed for both Lynx and MRI to complete their document productions, and for the parties to complete fact discovery.  Accordingly, the parties respectfully request that the Court enter the following schedule:

{02077883.DOC;2 }

- Non-expert Discovery due by October 15, 2013;

- Expert reports due by November 15 and December 13;

- Expert Discovery due by January 31; and

- Dispositive Motions due by March 31.

The parties also respectfully request that the Court set a status conference to address the current status of this case, the prospects for resolution, and the pending motions, which include:

- MRI's Motion to Compel (*See* Docket Nos. 45, 67, 71 and 74);[1]

- MRI's Motion to Show Cause Why Lynx Should Not be Held in Contempt of the November 9, 2012 Order (Doc. # 40);

- MRI's Motion for Leave to Respond to Lynx's April 15 Declarations (Doc. #72);

- MRI's Motion for Leave to File Amended Complaint (Doc. 76);

- Lynx's Motion to Compel (Doc. # 81) and MRI's Cross-Motion for attorneys' fees incurred in responding thereto (Doc. # 84).

July 18, 2013                              Respectfully submitted,

---

[1] As set forth in the parties' May 15 joint motion (Doc. # 75), all issues raised in the foregoing filings were resolved by agreement, except as to MRI's Requests for Production Nos. 11 and 12, which seek certain communications between Lynx and its insurers, and MRI's requests for its attorneys' fees incurred in moving to compel.

{02077883.DOC;2 }                              2

/s/ Georgia K.E. Yanchar
Daniel J. McMullen (Ohio Bar No. 0034380)
Georgia K.E. Yanchar (Ohio Bar No. 0071458)
Calfee, Halter & Griswold LLP
1405 East Sixth Street
Cleveland, OH 44114
(216) 622-8233 / (216) 241-0816 Fax
gyanchar@calfee.com

Attorneys for Plaintiff, MRI Software LLC

/s/ David T. Movius
David T. Movius
MCDONALD HOPKINS LLC
600 Superior Ave., East, Suite 2100
Cleveland, OH 44114

John T. McLandrich
MAZANEC, RASKIN & RYDER CO., LPA
100 Franklin's Row
34305 Solon Road

Attorneys for Defendant, Lynx Systems, Inc.