UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MRI SOFTWARE LLC, | ) | CASE NO.:  1:12-CV-01082 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| LYNX SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATEMENT OF AGREED-UPON DATES

Now come MRI Software LLC and Lynx Systems, Inc., by and through their respective counsel and pursuant to this Honorable Court's Order of August 20, 2013, file this Joint Statement of Agreed Upon Dates.

The parties agree, subject to the Court's schedule, to conduct the hearing ordered by the Court on August 20 during the week of September 30 to October 4, 2013. However, Defendant respectfully reserves the right to seek a continuation of the hearing, depending on the Court's determination of Defendant Lynx Systems' Motion for Clarification of the Status of MRI Software's Motion to Show Cause (ECF # 91, filed today).

The parties further agree to a revised fact discovery cutoff of December 2, 2013, and a dispositive motion cutoff of June 2, 2014. The parties further have agreed that expert reports will be due on January 15, 2014, and March 3, 2014, and an expert discovery cutoff of April 15, 2014.

Respectfully submitted,

s/Georgia K.E. Yanchar
Daniel J. McMullen  (0034380)
Georgia K.E. Yanchar  (0071458)
Mark W. McDougall (0080698)
Calfee, Halter & Griswold LLP
1405 East Sixth Street
Cleveland, OH  44114
(216) 622-8233
(216) 241-0816 – Fax
Email:  dmcmullen@calfee.com
          gyanchar@calfee.com

Counsel for MRI Software LLC

s/John T. McLandrich
JOHN T. MCLANDRICH  (0021494)
TAMI Z. HANNON  (0079812)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:  jmclandrich@mrrlaw.com
          thannon@mrrlaw.com


s/David T. Movius
David T. Movius  (0070132)
McDonald Hopkins, LLC
600 Superior Avenue, East, Ste 2100
Cleveland, OH  44114
(216) 348-5400
(216) 348-5474 – Fax
Email:  dmovius@mcdonaldhopkins.com

Counsel for Lynx Systems, Inc.

2