# Exhibit E

# Movius, David

| | |
|---|---|
| **From:** | Movius, David |
| **Sent:** | Thursday, July 18, 2013 2:11 PM |
| **To:** | 'Yanchar, Georgia'; 'McLandrich, John' |
| **Cc:** | 'McMullen, Dan' |
| **Subject:** | RE: MRI v. Lynx - email production |

Georgia –

I propose that both parties agree to complete their productions by August 22, and that we extend the fact discovery cut-off until October 15 instead of October 1. If that is acceptable to MRI, you have my consent to revise the motion with respect to the October 15 date and file it with the Court. I also look forward to receiving MRI's proposal regarding source code.

Regards,

Dave

---

**David T. Movius**
**Member**





T: 216.430.2029
F: 216.348.5474
**dmovius@mcdonaldhopkins.com**
**businessadvocate.mcdonaldhopkins.com**

**600 Superior Avenue East**
**Suite 2100**
**Cleveland, OH 44114**

**Chicago • Cleveland • Columbus • Detroit • Miami • West Palm Beach**

**From:** Yanchar, Georgia [mailto:GYanchar@Calfee.com]
**Sent:** Tuesday, July 16, 2013 3:59 PM
**To:** Movius, David; 'McLandrich, John'
**Cc:** McMullen, Dan
**Subject:** RE: MRI v. Lynx - email production

David,

We will be making a substantial production via hand delivery to you tomorrow. We will produce any remaining documents you have requested (other than source code) by August 22 (I would say August 15, but our litigation support coordinator, who coordinates our document productions, is on vacation the first two weeks in August).

As to source code, as we discussed, MRI is willing to make it available for inspection subject to appropriate protections. We expect to send you a proposed source code supplemental protective order within the next few days. Assuming we can reach agreement as to that, then we would expect all document production to be completed on behalf of MRI by August 22.

Please confirm Lynx will complete its document production by August 15, and we will file the joint motion.

Regards,

Georgia

**Georgia E. Yanchar**
*Attorney At Law*
gyanchar@calfee.com
216.622.8233 **Phone**
216.241.0816 **Fax**

Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607





V-card | www.calfee.com

IRS CIRCULAR 230 DISCLOSURE: Nothing contained herein or in any attachment hereto is intended to be used, or can be used, to avoid penalties imposed under the Internal Revenue Code
This electronic mail transmission may contain confidential and legally privileged information from the law firm of Calfee, Halter & Griswold LLP intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic mail transmission is strictly prohibited. If you have received this transmission in error, please notify me by telephone immediately.

**From:** Movius, David [mailto:dmovius@mcdonaldhopkins.com]
**Sent:** Tuesday, July 16, 2013 11:45 AM
**To:** Yanchar, Georgia; 'McLandrich, John'
**Cc:** McMullen, Dan
**Subject:** RE: MRI v. Lynx - email production

Georgia -

Thank you for your response. Lynx will confirm that it will complete its document production by August 15 provided it receives similar assurances from MRI as to a date certain on which it will provide the documents referenced in your June 13 email and that its document production will be complete by August 15. We also await MRI's response regarding production of source code.

Regards,

Dave

| | |
|---|---|
| **David T. Movius**<br>Member<br><br><br> | T: 216.430.2029<br>F: 216.348.5474<br>dmovius@mcdonaldhopkins.com<br>businessadvocate.mcdonaldhopkins.com<br><br>600 Superior Avenue East<br>Suite 2100<br>Cleveland, OH 44114 |

Chicago • Cleveland • Columbus • Detroit • Miami • West Palm Beach

**From:** Yanchar, Georgia [mailto:GYanchar@Calfee.com]
**Sent:** Tuesday, July 16, 2013 10:55 AM
**To:** Movius, David; 'McLandrich, John'
**Cc:** McMullen, Dan
**Subject:** RE: MRI v. Lynx - email production

2

Dave,

Thanks.  These changes are fine.  Please confirm Lynx will complete its document production no later than August 15, and we will get this on file.

Regards,

Georgia


**Georgia E. Yanchar**
*Attorney At Law*
gyanchar@calfee.com
216.622.8233 **Phone**
216.241.0816 **Fax**

Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607



V-card | www.calfee.com

IRS CIRCULAR 230 DISCLOSURE: Nothing contained herein or in any attachment hereto is intended to be used, or can be used, to avoid penalties imposed under the Internal Revenue Code
This electronic mail transmission may contain confidential and legally privileged information from the law firm of Calfee, Halter & Griswold LLP intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic mail transmission is strictly prohibited. If you have received this transmission in error, please notify me by telephone immediately.

**From:** Movius, David [mailto:dmovius@mcdonaldhopkins.com]
**Sent:** Monday, July 15, 2013 4:25 PM
**To:** Yanchar, Georgia; 'McLandrich, John'
**Cc:** McMullen, Dan
**Subject:** RE: MRI v. Lynx - email production

Georgia –

Our comments are attached.

Regards,

Dave

**David T. Movius**
**Member**

T: 216.430.2029
F:216.348.5474
dmovius@mcdonaldhopkins.com
businessadvocate.mcdonaldhopkins.com





**600 Superior Avenue East**
**Suite 2100**
**Cleveland, OH 44114**

**Chicago • Cleveland • Columbus • Detroit • Miami • West Palm Beach**

**From:** Yanchar, Georgia [mailto:GYanchar@Calfee.com]
**Sent:** Monday, July 15, 2013 1:06 PM
**To:** 'McLandrich, John'
**Cc:** Movius, David; McMullen, Dan
**Subject:** RE: MRI v. Lynx - email production

John,

I realized I forgot to include MRI's Motion to Amend among the list of pending motions.  Please review this version instead.

Regards,

Georgia


**Georgia E. Yanchar**
*Attorney At Law*
gyanchar@calfee.com
216.622.8233 **Phone**
216.241.0816 **Fax**


Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607



V-card | www.calfee.com

IRS CIRCULAR 230 DISCLOSURE: Nothing contained herein or in any attachment hereto is intended to be used, or can be used, to avoid penalties imposed under the Internal Revenue Code
This electronic mail transmission may contain confidential and legally privileged information from the law firm of Calfee, Halter & Griswold LLP intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic mail transmission is strictly prohibited. If you have received this transmission in error, please notify me by telephone immediately.

**From:** Yanchar, Georgia
**Sent:** Monday, July 15, 2013 12:38 PM
**To:** 'McLandrich, John'
**Cc:** 'Movius, David'; McMullen, Dan
**Subject:** RE: MRI v. Lynx - email production

John,

Following up on our exchange below, attached is a proposed joint motion for your review.  The proposed joint motion contemplates completion of  Lynx's production no later than August 15.  Please confirm you would anticipate completion by that time.

Regards,

Georgia

---

**From:** Yanchar, Georgia
**Sent:** Friday, July 12, 2013 2:03 PM
**To:** 'McLandrich, John'
**Cc:** Movius, David; McMullen, Dan
**Subject:** RE: MRI v. Lynx - email production

John,

Thanks.  I will prepare the motion, but I think the central question before filing it is when to expect Lynx's email production.  Perhaps we can plan to touch base on Monday morning, and make a joint filing then.

Regards,

Georgia

---

**From:** McLandrich, John [mailto:JTM@MRRLAW.com]
**Sent:** Friday, July 12, 2013 8:29 AM
**To:** Yanchar, Georgia; McLandrich, John
**Cc:** Movius, David; McMullen, Dan
**Subject:** RE: MRI v. Lynx - email production

Georgia:
That is fine, except our prior agreement is to produce emails expeditiously.  We will do this.  We are reviewing the Robinson email now and should have them for you  next week.  I will confer with David and provide the you a projected completion date for the remainder.   I recall that you were going to prepare a motion with the court on deadlines.  We will be back to you soo .

Sincerely, John


Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: "Yanchar, Georgia" <GYanchar@Calfee.com>
Date: 07/11/2013 8:04 PM (GMT-05:00)
To: "McLandrich, John" <JTM@MRRLAW.com>
Cc: "Movius, David" <dmovius@mcdonaldhopkins.com>,"McMullen, Dan" <dmcmullen@calfee.com>
Subject: Re: MRI v. Lynx - email production

5

John,

Thanks for your message.  During our call last week, we thought that we conveyed that MRI continues to want production of all responsive documents, that Lynx agreed to provide a date by when it would complete its production of emails, that Robinson's emails would be produced before the other remaining responsive emails, and that we would inform the Court accordingly this week.  As it stands, we continue to await the vast majority of relevant responsive emails, we have no emails for any of the Lynx employees whose depositions we have noticed, and we do not know when to expect such emails from Lynx.  Please let us know when Lynx expects to complete its email production.

Regards,

Georgia

On Jul 10, 2013, at 3:43 PM, "McLandrich, John" <JTM@MRRLAW.com<mailto:JTM@MRRLAW.com>> wrote:

Georgia:  My recollection is that we were asked to and agreed to review the Robinson email first.   We are doing that review now.  It will take several few days.  I thought you were then going to consider if you wanted to agree to search terms for the remainder or just have us review them all.  If we review them all that will take a couple weeks I would think.

Sincerely, John

John T. McLandrich
Direct: (440) 287-8298
jtm@mrrlaw.com<mailto:jtm@mrrlaw.com>

<image001.png>

EMAIL CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged or confidential.  If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately by telephone, and return the original message to the above email address.

P Please consider the environment before printing this email



Georgia E. Yanchar
Attorney At Law
gyanchar@calfee.com
216.622.8233 Phone
216.241.0816 Fax


Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607
     [http://vcard.calfee.com/images/Go-To-Law-FirmWB.gif]
<http://www.calfee.com/services/intellectualproperty/intellectualproperty.svc>

_____
[http://vcard.calfee.com/images/logo.gif]<http://www.calfee.com/>

V-card<http://vcard.calfee.com/?email=gyanchar@calfee.com> | www.calfee.com<http://www.calfee.com/>



IRS CIRCULAR 230 DISCLOSURE: Nothing contained herein or in any attachment hereto is intended to be used, or can be used, to

6

avoid penalties imposed under the Internal Revenue Code
This electronic mail transmission may contain confidential and legally privileged information from the law firm of Calfee, Halter & Griswold LLP intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic mail transmission is strictly prohibited. If you have received this transmission in error, please notify me by telephone immediately.
From: Yanchar, Georgia [mailto:GYanchar@Calfee.com]
Sent: Tuesday, July 09, 2013 4:18 PM
To: 'Movius, David'; McLandrich, John
Cc: McMullen, Dan
Subject: MRI v. Lynx - email production

Dear David and John,

Following up on our conversation last Monday, I believe you were planning to confer with Lynx's vendor as to timing for production of Don Robinson's email, and timing for completion of Lynx's email production.  Please let me know if you have a sense of the foregoing, so that we can inform the Court as to a realistic schedule for completing fact discovery.

Regards,

Georgia




Georgia E. Yanchar
Attorney At Law
gyanchar@calfee.com<mailto:gyanchar@calfee.com>
216.622.8233 Phone
216.241.0816 Fax


Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607

<image002.gif><http://www.calfee.com/services/intellectualproperty/intellectualproperty.svc>

_____
<image005.jpg><http://www.calfee.com/>


V-card<http://vcard.calfee.com/?email=gyanchar@calfee.com> | www.calfee.com<http://www.calfee.com/>




IRS CIRCULAR 230 DISCLOSURE: Nothing contained herein or in any attachment hereto is intended to be used, or can be used, to avoid penalties imposed under the Internal Revenue Code
This electronic mail transmission may contain confidential and legally privileged information from the law firm of Calfee, Halter & Griswold LLP intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic mail transmission is strictly prohibited. If you have received this transmission in error, please notify me by telephone immediately.

8