UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MRI SOFTWARE LLC, | ) | Case No. 1:12-cv-01082-CAB |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| v. | ) | |
| | ) | **CROSS MOTION FOR PROTECTIVE** |
| LYNX SYSTEMS, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Plaintiff, MRI Software LLC ("MRI"), respectfully moves the Court for entry of the "Addendum to Stipulated Protective Order Regarding Source Code," ("Source Code Addendum") which was filed yesterday as Exhibit A to MRI's Memorandum In Opposition To Defendant's Motion To Compel And Cross-Motion For Protective Order.  (ECF # 101)[1]  For all the reasons set forth in the foregoing memorandum, MRI respectfully requests that the Court enter the Source Code Addendum.

Respectfully submitted,

DATED:  September 24, 2013

Signature  /s/ Georgia Yanchar
Daniel McMullen (0034380)
Georgia Yanchar (0071458)
Mark W. McDougall (Ohio Bar No. 0080698)
CALFEE, HALTER & GRISWOLD, LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH  44114-1607
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
dmcmullen@calfee.com
gyanchar@calfee.com

Counsel for MRI Software LLC

---

[1] Per the Clerk's instructions, MRI is filing the instant separate Cross Motion for Protective Order.
{02173002.DOC;1 }

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2013, a true and correct copy of the foregoing was filed electronically with the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and parties may access this filing through the Court's System.

*/s/ Georgia E. Yanchar*
One of the Attorneys for Plaintiff