UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MRI SOFTWARE LLC, | ) | CASE NO.: 1:12-CV-01082 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| LYNX SYSTEMS, INC., | ) | |
| | ) | |
| and | ) | |

DONALD ROBINSON,

    Defendants.

## JOINT STATEMENT OF AGREED-UPON DATES

Now come MRI Software LLC and Lynx Systems, Inc., by and through their respective counsel and pursuant to this Honorable Court's Order of September 30, 2013, file this Joint Statement of Agreed Upon Dates. The parties agree, subject to the Court's schedule, to conduct the hearing on Plaintiff's Show Cause Motion on October 28 or October 29.

Respectfully submitted,

| | |
|---|---|
| s/Georgia K.E. Yanchar | s/John T. McLandrich |
| Daniel J. McMullen (0034380) | JOHN T. MCLANDRICH (0021494) |
| Georgia K.E. Yanchar (0071458) | TAMI Z. HANNON (0079812) |
| Mark W. McDougall (Ohio Bar No. 0080698) | Mazanec, Raskin & Ryder Co., L.P.A. |
| Calfee, Halter & Griswold LLP | 100 Franklin's Row |
| 1405 East Sixth Street | 34305 Solon Road |
| Cleveland, OH 44114 | Cleveland, OH 44139 |
| (216) 622-8233 | (440) 248-7906 |
| (216) 241-0816 – Fax | (440) 248-8861 – Fax |
| Email: dmcmullen@calfee.com | Email: jmclandrich@mrrlaw.com |
|       gyanchar@calfee.com |       thannon@mrrlaw.com |

Counsel for Plaintiff

{02186322.DOC;1 }

          *s/David T. Movius*
David T. Movius (0070132)
McDonald Hopkins, LLC
600 Superior Avenue, East, Ste 2100
Cleveland, OH 44114
(216) 348-5400
(216) 348-5474 – Fax
Email: dmovius@mcdonaldhopkins.com

Counsel for Defendant Lynx Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2013, I caused the foregoing **JOINT STATEMENT OF AGREED-UPON DATES** to be served via Federal Express on Defendant, Donald Robinson, at the below address:

> Donald Robinson
> 77 Ravensbourne Crescent
> Toronto, ON  M9A 2B1

 

      /s/ Georgia Yanchar_____
One of the Attorneys for Plaintiff MRI Software LLC