UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MRI SOFTWARE, LLC.,** | ) | CASE NO.1:12CV1082 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| **LYNX SYSTEMS, INC., ET AL.,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

      On October 29, 2013, the Court held oral arguments on Plaintiff MRI Software, Inc.'s Motion to Show Cause Why Defendant Lynx Systems, Inc. should not be held in Contempt of Court.  After hearing the arguments of counsel the Court Orders the parties to confer on the following issues: 1) language of a new certification of compliance; 2) changes Lynx may make to the representations made on its website; and 3) Plaintiff providing actual notice of signatories to Plaintiff's Master Agreements to Lynx.  The parties shall discuss these issues and inform the Court no later than noon Tuesday, November 5, 2013, of any agreements or stipulations that may resolve these issues.

      Although the Court notes that Defendant had nearly two months to respond to the emails presented by Plaintiff as evidence of contempt in its August 30, 2013 filing, the Court

will allow Defendant to file a response.  However, since these were Defendant's emails, and Defendant's have been aware since August 30, 2013, that Plaintiff intended to use them as evidence at the hearing, the Court Orders Defendant to file its response no later than Friday November 1, 2013.

      IT IS SO ORDERED.

                                              s/ Christopher A. Boyko
                                              CHRISTOPHER A. BOYKO
                                              United States District Judge

Dated:  October 30, 2013