# Exhibit F

4|2|13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MRI SOFTWARE, LLC, | ) CASE NO.: 1:12-CV-01082 |
| | ) |
| Plaintiff, | ) JUDGE CHRISTOPHER A. BOYKO |
| | ) |
| vs. | ) **DEFENDANT'S ANSWER AND** |
| | ) **OBJECTION TO PLAINTIFF'S FOURTH** |
| LYNX SYSTEMS, INC., | ) **SET OF INTERROGATORIES** |
| | ) |
| Defendant. | ) |

Now comes Defendant Lynx Systems, Inc., by and through counsel, Mazanec, Raskin &

Ryder Co., L.P.A., and for its answer and objection to Plaintiff's Fourth Set of Interrogatories

states as follows:

**INTERROGATORY NO. 14:**

As to each MRI Related Service provided by Lynx and identified in response to
Interrogatory No. 4, identify each such service that was performed without using MRI Software,
and as to those services performed using MRI Software, state whether the copy belonging to the
customer or the copy residing on Lynx's computer(s) was used.

Answer:

OBJECTION. Lynx objects to this Interrogatory to the extent it seeks attorney work
product. Lynx further objects to this Interrogatory as it is vague, ambiguous, overly broad
and overly burdensome. Further, Lynx objects to this Interrogatory to the extent it seeks
information that is neither relevant nor reasonably calculated to lead to the discovery or
relevant evidence regarding work performed prior to MRI's introduction of its current
form of "Master Agreement." Lynx further objects to this Interrogatory because it
contains multiple subparts that each constitute a separate interrogatory such that MRI has
exceeded the number of interrogatories permitted for this case. As propounded, this
Interrogatory embodies two distinct subparts for each of the hundreds of instances of
"MRI Related Service" identified by Lynx in response to Interrogatory No. 4, each of
which could include up to five separate types of services (identified as "Lynx Custom,"
"Lynx Reports," "Lynx App," "Other" and "Lynx Support"). Subject to, and without
waiving, the foregoing objections and its prior objections, including its objections to the
definitions of "MRI Software," Lynx answers that, where it has identified that it provided

DOCKETED

APR 0 5 2013

J A R

Nash

34771    0400 |

services under the categories of "Lynx Custom", "Lynx Reports" and "Lynx Apps" on the spreadsheets produced in response to Interrogatory No. 4, it used the customer's version of Toolkit where the customer had Toolkit in its possession.  MRI's records should reflect which customers had Toolkit.  Further, where the customer did not have its own copy of Toolkit, Lynx used its copy of Toolkit to perform the services identified under the categories of "Lynx Custom," "Lynx Reports" and "Lynx Apps" on the spreadsheets produced in response to Interrogatory No. 4, up until the time it destroyed its MRI software on or about November 22, 2012, pursuant to the parties' stipulation. With respect to items listed in the columns identified as "Other" and "Lynx Support," for upgrades, Lynx merely installed client-supplied upgrade software on their computers, and as such did not "use" MRI software.  With respect to "support" and "training," Lynx used its customers' software, with extremely rare exception, which Lynx cannot identify at this time.  With respect to billings for hosting services, no MRI Software was used to provide that service.

As to all objections,

JOHN T. MCLANDRICH  (0021494)
TAMI Z. HANNON  (0079812)
DAVID M. SMITH  (0079400)


Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

JOHN T. MCLANDRICH  (0021494)
TAMI Z. HANNON  (0079812)
DAVID M. SMITH  (0079400)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:    jmclandrich@mrrlaw.com
          thannon@mrrlaw.com
          dsmith@mrrlaw.com

Counsel for Defendant Lynx Systems, Inc.

2

## CERTIFICATE OF SERVICE

A copy of the foregoing Defendant's Answers and Objection to Plaintiff's Fourth Set of

Interrogatories was served April 2, 2013 via email to the following:

Georgia K.E. Yanchar, Esq.
    gyanchar@calfee.com
Daniel J. McMullen, Esq.
    dmcmullen@calfee.com
Calfee, Halter & Griswold
1405 East Sixth Street
Cleveland, OH 44114

Attorneys for Plaintiff MRI Software, LLC

JOHN T. MCLANDRICH (0021494)
TAMI Z. HANNON (0079812)
DAVID M. SMITH (0079400)

Counsel for Defendant Lynx Systems, Inc.

BERKL-120121\Lynx Ans to MRIs 4 ROG

3

## VERIFICATION

I, DON ROBINSON, hereby certify that the foregoing answer to Plaintiff's Fourth Set of Interrogatories is true and accurate according to my first-hand knowledge.

EXECUTED ON _____, 2013.

_____

DON ROBINSON

Sworn to and Subscribed in my presence this __2ⁿᵈ__ day of ___April___, 2013.

_____

NOTARY PUBLIC

Merwars, P.C.
Lawyers
932 The East Mall
Suite 200
Toronto, ON  M9B 6J9

BERKL-120121\Lynx Ans to MRIs 4 ROG

4