# Exhibit G



gyanchar@calfee.com
216.622.8233 **Direct**

Calfee, Halter & Griswold LLP
*Attorneys at Law*

The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
216.622.8200 Phone
216.241.0816 Fax
www.calfee.com

September 26, 2013

**VIA EMAIL AND U.S. MAIL**
David T. Movius
McDonald Hopkins LLC
600 Superior Avenue, East, Suite 2100
Cleveland, Ohio 44114-2653

Re: *MRI Software, LLC v. Lynx Systems, Inc., et al.*
US District Court, Northern District of Ohio Case No. 1:12 cv 1082

Dear David:

Attached is a Rule 30(b)(6) deposition notice regarding, *inter alia*, Lynx's collection and production of documents in this case. In hopes of streamlining the foregoing deposition, I also write regarding questions as to Lynx's email production.

According to our records, Lynx produced approximately 45,000 .tiff files containing emails and attachments to emails on June 17, 2013. No metadata was provided with these emails.

On August 2, 2013, Lynx produced 47,687 .tiff files containing emails and attachments to emails, as well as a load file containing metadata. On August 21, 2013, Lynx produced 89,485 .tiff files containing emails and attachments to emails, as well as a load file containing metadata. The fields in the load file include the date received, and date sent. However, only approximately 14,000 of the files from Lynx's August 2 production, and 27,000 of the files from Lynx's August 21 production have any data in the date received field, and even fewer of the files have any data in the date sent field. The data accompanying these productions also includes a "Custodian" field. The Custodian for each .tiff file in the August 2 production is populated with one of the text strings shown on Exhibit A hereto. The Custodian for each .tiff file in the August 21 production is populated with one of the text strings shown on Exhibit B hereto. None of the emails produced by Lynx are text searchable, and Lynx provided no OCR data with August 2 and August 21 productions.

Please let us know if you disagree with any of our foregoing observations. In addition, we have the following questions regarding Lynx's email production:

- Are there any files in Lynx's June 17 email production that are not included in Lynx's August 2 production? If so, what is the difference?

Calfee, Halter & Griswold LLP

David Movius
September 26, 2013
Page 2

- Why is Lynx's August 2 production larger than Lynx's June 17 production? Which additional files are included?
- Why do most of the files have no date sent or date received?
- What is the significance of the dates in the Custodian field?
- What is the significance of the names in the Custodian field?
- Have all responsive emails from the inboxes of the following individuals been produced: Donald Robinson; Garen Hagopian; Howard Mednick; Lori Spale; Raj Patel; Jackie Jordon; Carol Dewhirst; Tracy White?
- Does Lynx have OCR data for the emails produced on August 6 and August 21, which it has withheld?

Your cooperation in promptly responding to the foregoing questions would be greatly appreciated.

Very truly yours,

/s/ Georgia Yanchar

Georgia Yanchar

cc (via email): John T. McLandrich
                Tami Hannon
                Daniel J. McMullen

# EXHIBIT A

MRI - Lynx docs 8-6-13
Tally of Custodia

| Value | Count |
|---|---|
| Discovery Don (Nov1 2009-Dec-30-2012);disc | 645 |
| Discovery Jacquie (Nov1 2009-April30 2013); | 456 |
| discovery Lori and Suzanne 30-10-2009 -- 30- | 42,883 |
| Discovery Raj (Nov1 2009-Dec 30 2012);discc | 1,241 |
| Discovery Ursula and Garen (Nov1 2009-Dec | 140 |
| FromTo Carol (C) 11-2009 4-2013;discovery | 159 |
| FromTo ExLynx (rbuckler,jgross,swebb,jstai | 1,557 |
| FromTo Howard (C) 11-2009 4-2013;discovei | 100 |
| FromTo Raj,Suzanne,Lori,Garen,Ursula (B) | 505 |
| Suzanne, Lori, Ursula, Raj (A) 1-2013 to 4-201 | |

# EXHIBIT B

04 - MRI - Lynx docs 8-21-2013
Tally of Custodia

| Value | Count |
|---|---|
| Discovery Don (Nov1 2009-Dec-30-2012) | 19 |
| Discovery Jacquie (Nov1 2009-April30 2013) | 5,096 |
| Discovery Raj (Nov1 2009 - Dec 30 2012) | 12 |
| Discovery Raj (Nov1 2009-Dec 30 2012);Disc( | 31,375 |
| Discovery Ursula and Garen (Nov1 2009-Dec | 6,116 |
| FromTo Carol (C) 11-2009 4-2013 | 258 |
| FromTo ExLynx (rbuckler,jgross,swebb,jstar | 6,786 |
| FromTo Howard (C) 11-2009 4-2013 | 4,506 |
| FromTo Raj,Suzanne,Lori,Garen,Ursula (B) | 28,911 |
| Suzanne, Lori, Ursula, Raj (A) 1-2013 to 4-20 | 6,406 |