UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MRI Software, LLC, | ) | Case No. 1:12-cv-01082 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | |
| Lynx Systems, Inc. et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Unopposed Motion for Second Extension of**
**Time to Respond to MRI's Second Motion to Compel**

Lynx Systems, Inc. hereby moves the Court for a second extension of time to respond to MRI Software, LLC's Second Motion to Compel (ECF # 130) to facilitate negotiation of a stipulation to either resolve or narrow the discovery issues raised in MRI's discovery motion.

As MRI requested in connection with Lynx's first extension, counsel for Lynx and MRI met and conferred on January 7, 2014, regarding MRI's motion and have agreed to negotiate toward a stipulation to potentially resolve all or part of MRI's motion. Lynx will initiate that process by providing MRI with a proposed stipulation by the end of the day on January 8, 2014, which the parties will then negotiate in good faith. If the parties are unable to negotiate a stipulation to resolve MRI's entire motion, they will jointly notify the Court regarding any matters on which they have agreed, and Lynx will then have two (2) business days to submit its opposition to MRI's motion on the issues that remain outstanding.

{4641000:}

Lynx accordingly asks that the Court grant this motion, which is unopposed (*see* Exh. A), and extend Lynx's time to respond to MRI Second Motion to Compel as requested in this motion.

                                Respectfully submitted,

Dated: January 8, 2014           /s/ David T. Movius
David T. Movius (OH 0070132)
*dmovius@mcdonaldhopkins.com*
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474

John T. McLandrich (OH 0021494)
*jmclandrich@mrrlaw.com*
MAZANEC, RASKIN & RYDER CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
t 440.248.7906 │ f 440.248.8861

*Attorneys for Lynx Systems, Inc.*

## Certificate of Service

  I hereby certify that, on January 8, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

                 /s/ David T. Movius
                 Attorney for Lynx Systems, Inc.