UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MRI SOFTWARE, LLC.,** | ) | CASE NO.1:12CV1082 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| **LYNX SYSTEMS, INC., ET AL.,** | ) | <u>ORDER</u> |
| | ) | |
| Defendant. | ) | |

<u>**CHRISTOPHER A. BOYKO, J:**</u>

This matter is before the Court on Defendant Donald Robinson's Motion to Dismiss (ECF 106). The Court finds it has personal jurisdiction over Defendant and denies, in part, Defendant's Motion. The Court further holds that Plaintiff's breach of contract claim, as applied to Robinson, fails to state a claim upon which relief may be granted and grants Defendant's Motion to Dismiss, in part, on the breach of contract claim. The Court denies Defendant's Motion on the remaining claims. Full written opinion to follow.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

Dated: September 30, 2014