# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MRI SOFTWARE, LLC,** | ) | **CASE NO.1:12CV1082** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **LYNX SYSTEMS, INC., ET AL.,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

    The Court, having ruled on the pending dispositive motions, orders the parties to confer on how to proceed and submit a joint proposed schedule going forward to include summary judgment motions and trial dates. The joint submission shall also include the status of discovery, and the parties' positions on the whether a mediation and/or settlement conference would be useful at this time. The parties shall submit the joint proposed schedule no later than October 10, 2014.

    IT IS SO ORDERED.

                                                          s/ Christopher A. Boyko
                                                           CHRISTOPHER A. BOYKO
                                                           United States District Judge

Dated: September 30, 2014