IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MRI SOFTWARE, LLC, | ) | CASE NO. 1:12-cv-01082-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE Christopher A. Boyko |
| | ) | |
| v. | ) | |
| | ) | |
| LYNX SYSTEMS, INC., | ) | |
| | ) | |
| DONALD ROBINSON, | ) | |
| | ) | |
| DefendantS. | | |

## JOINT REPORT REGARDING SOURCE CODE
## <u>PROTECTIVE ORDER ADDENDUM</u>

Pursuant to the Court's September 18, 2014 Order, counsel for the parties have conferred regarding copying protocols for production of source code. The parties have not agreed upon language. Although the parties plan to further confer, and hope that they will be able to agree on language, the assistance of the Magistrate Judge may be required.

September 30, 2014                Respectfully submitted,


/s/ Georgia K.E. Yanchar
Daniel J. McMullen (Ohio Bar No. 0034380)
Georgia K.E. Yanchar (0071458)
CALFEE, HALTER & GRISWOLD LLP
1405 East Sixth Street
Cleveland, OH  44114
(216) 622-8233 / (216) 241-0816 Fax
gyanchar@calfee.com

Attorneys for Plaintiff, MRI Software, LLC

{02703388.DOC;1}

    s/ David T. Movius  *(by email consent)*
David T. Movius (OH 0070132)
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474
dmovius@mcdonaldhopkins.com

and

John T. McLandrich (OH 0021494)
MAZANEC, RASKIN & RYDER CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
t 440.248.7906 │ f 440.248.8861
jmclandrich@mrrlaw.com

*Counsel for Lynx Systems, Inc.*