# EXHIBIT B

# Movius, David

| | |
|---|---|
| **From:** | Yanchar, Georgia <GYanchar@Calfee.com> |
| **Sent:** | Tuesday, September 30, 2014 9:32 AM |
| **To:** | Movius, David |
| **Cc:** | John McLandrich (jmclandrich@mrrlaw.com); McMullen, Dan |
| **Subject:** | RE: MRI v. Lynx - Source Code Protective Order |
| **Attachments:** | Joint Status Report Re Source Code Addendum (02703388).doc |

CONFIDENTIAL
SUBJECT TO RULE 408

Dear Dave,

Thank you for providing your proposed revisions to the source code addendum.  Although your revisions are more substantial than we interpret the Court's September 18 order to contemplate, we will carefully consider them and confer with MRI.  In view of the fact that you and I will both be out of the office tomorrow and the following day, and the Court has requested a report by October 2, we propose to file the attached joint report today.  Please let me know if we have your consent to file the attached.

With respect to the services agreement, it is apparent from your most recent draft that there is still not an agreement as to several material terms, including the fees.  We will provide a draft containing MRI's last and final offer later, most likely, later today.  If we have an agreement, then MRI would be willing to so inform the Court.

Regards,

Georgia


**Georgia E. Yanchar**
*Attorney At Law*
gyanchar@calfee.com
216.622.8233 **Phone**
216.241.0816 **Fax**


Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607





Cleveland | Columbus | Cincinnati     V-card | www.calfee.com

This electronic mail transmission may contain confidential and legally privileged information from the law firm of Calfee, Halter & Griswold LLP intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic mail transmission is strictly prohibited. If you have received this transmission in error, please notify me by telephone immediately.

**From:** Movius, David [mailto:dmovius@mcdonaldhopkins.com]
**Sent:** Monday, September 29, 2014 3:45 PM
**To:** Yanchar, Georgia

1

**Cc:** McMullen, Dan; McLandrich, John
**Subject:** MRI v. Lynx - Source Code Protective Order

Georgia –

Lynx's revisions to MRI's proposed Source Code Addendum in view of Judge Boyko's September 18 Order are attached.

Regards,

Dave

---

**David T. Movius**
Member





T: 216.430.2029
F: 216.348.5474
dmovius@mcdonaldhopkins.com
www.mcdonaldhopkins.com

**600 Superior Avenue East
Suite 2100
Cleveland, OH 44114**

Chicago • Cleveland • Columbus • Detroit • Miami • West Palm Beach

2