UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MRI SOFTWARE, LLC,** | ) | Case No. 1:12CV1082 |
|     **Plaintiff(s),** | ) | |
| | ) | **JUDGE BOYKO** |
| Vs. | ) | |
| | ) | |
| **LYNX SYSTEMS, INC., et al.,** | ) | **ORDER OF REFERENCE** |
|     **Defendant(s).** | ) | |
| | ) | |

The above-captioned matter is referred to the Honorable Nancy A. Vecchiarelli, United States Magistrate Judge, pursuant to Title 28 of the United States Code, Section 636, and Local Rule 72.1 to resolve pending discovery dispute (docket no. 147). The Court reserves the right in its discretion to rule directly on any matter filed in the within matter.

**IT IS SO ORDERED.**

                                                    *s/ Christopher A. Boyko*
                                                  **CHRISTOPHER A. BOYKO**
                                                  **UNITED STATES DISTRICT JUDGE**

DATED: January 30, 2015