UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MRI SOFTWARE, LLC, | ) CASE NO:   1:12-cv-1082 |
| Plaintiff, | ) |
| v. | ) JUDGE BOYKO |
| | ) MAGISTRATE JUDGE VECCHIARELLI |
| LYNX SYSTEMS, INC., | ) |
| Defendant. | ) **AMENDED NOTICE AND ORDER** |

**TAKE NOTICE** this case is **SCHEDULED** for a Telephone Conference on **Thursday, February 12, 2015 at 1:30 p.m.** before the **Honorable Nancy Vecchiarelli, United States Magistrate Judge.**

The Court will host the conference call, as detailed in the attachment that accompanies this Notice and Order.  Counsel shall be prepared to discuss the pending discovery dispute.   Each party shall, **by or on Thursday, February 5, 2015**, submit: (1) its proposed amendment(s) to the protective order regarding the source code relevant to the parties' dispute; and (2) an explanation of its objections to the other party's proposed amendment(s).

Cellular telephones are not an acceptable means of conferencing with this Court.

**IT IS SO ORDERED.**


DATE: February 2, 2015                   s/ *Nancy A. Vecchiarelli*
                                         NANCY A. VECCHIARELLI
                                         U.S. MAGISTRATE JUDGE

## CONFERENCING INSTRUCTIONS

Please dial into the Court's conference line at the scheduled conference time.  You will be prompted to enter the conference extension and access code.

Conference Dial In Number: 216-357-7030

Conference Extension: 3005
Conference Access Code: 713071

Please note that the conference line accommodates a maximum of SIX (6) participants. **Therefore, counsel who are in the same location should jointly dial into the Court's conference line.**

If you have any difficulty in connecting, please call chambers at 216-357-7130.