# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

## MINUTES OF PROCEEDINGS AND ORDER– CIVIL

MRI SOFTWARE, LLC,

      Plaintiff,

      v.

LYNX SYSTEMS, INC., *et al.*,

      Defendants.

CASE NO: 1:12-CV-1082

DATE: February 13, 2015

JUDGE BOYKO

MAGISTRATE JUDGE VECCHIARELLI

REPORTER: NA

Attys for Plaintiff: Georgia K.E. Yanchar, Daniel J. McMullen

Attys for Defendants: David T. Movius, John T. McLandrich

PROCEEDINGS: The Court conducted a telephone conference regarding the parties' discovery dispute at 1:30 p.m on Thursday, February 12, 2015.

After conferring with the parties and reviewing their submissions regarding the production of the source code at issue, the Court instructed the parties to: (1) review the protective order entered in *Datatrak International, Inc. v. Medidata Solutions, Inc.*, No. 1:11-CV-458 (Gaughan, J.), that is attached as Exhibit E to Plaintiff's Motion for Amendments to Protective Order (doc. no. 151-5); and (2) confer regarding whether the requirements of that protective order are sufficient to govern the production of the source code in this case, and, if not, any necessary changes.

The Court set a telephone conference in this case for Tuesday, February 17, 2015 at 11:30 a.m. (*See* February 12, 2015 Notice.)  The parties shall be prepared to discuss whether the protective order from *Datatrak* is sufficient to govern the production of the source code in this case, including any issues that the parties were not able to resolve.

If the parties are able to resolve the issue of the protective order prior to the telephone conference, they shall jointly notify this Court via e-mail to its deputy (wanda_f_golden@ohnd.uscourts.gov) and the Court will cancel the telephone conference.

Total Time: 35 minutes

s/ *Nancy A. Vecchiarelli* 02/13/15
U.S. MAGISTRATE JUDGE