IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MRI SOFTWARE, LLC, | ) | CASE NO. 1:12-cv-01082-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE Christopher A. Boyko |
| | ) | |
| v. | ) | |
| | ) | MAG. JUDGE: Nancy A. Vecchiarelli |
| LYNX SYSTEMS, INC., | ) | |
| | ) | |
| DONALD ROBINSON, | ) | |
| | ) | |
| Defendants. | | |

## JOINT MOTION TO EXTEND CASE DEADLINES

Plaintiff MRI Software, LLC and Defendants Lynx Systems, Inc. and Donald Robinson hereby jointly move the Court to extend the deadlines set forth in the Court's July 20, 2015 Order, which states as follows:

> Fact Discovery due by 8/24/2015. Expert Report due by 9/25/2015, with Response Report by 10/30/2015 and Reply Report by 11/20/2015. Expert Discovery due by 12/18/2015. Dispositive Motions due by 2/1/2016.

Fact discovery has been substantially completed. In light of fact discovery, the parties believe that they may be able to reach agreement as to the resolution of some of the 17 pending claims and 13 pending counterclaims, narrowing the issues for expert reports and summary judgment. To allow the parties time to complete these discussions, the parties respectfully request that the Court briefly extend the expert discovery and summary judgment deadlines, setting the following schedule for completion of expert discovery and dispositive motion practice:

Expert Report by Party with Burden of Proof: October 31, 2015

Response Expert Reports: December 4, 2015

Reply Expert Reports: December 21, 2015

{03299138.DOC;1 }

| | |
|---|---|
| Expert Discovery Complete: | January 29, 2016 |
| Dispositive Motion Deadline | March 18, 2016 |

This joint motion is not brought or meant for purposes of delay, but to potentially narrow the issues in the case and conserve the resources of the parties and the Court.

September 24, 2015                                                                                  Respectfully submitted,

/s/*Georgia K.E. Yanchar*                                             /s/*David T. Movius (by email consent)*
Daniel J. McMullen (OH 0034380)                              David T. Movius (OH 0070132)
Georgia K.E. Yanchar (OH 0071458)                         McDonald Hopkins LLC
Mark W. McDougall (OH 0080698)                          600 Superior Avenue, East, Ste. 2100
CALFEE, HALTER & GRISWOLD LLP                      Cleveland, Ohio 44114
1405 East Sixth Street                                                   t 216.348.5400 │ f 216.348.5474
Cleveland, OH   44114                                                  dmovius@mcdonaldhopkins.com
(216) 622-8233 / (216) 241-0816 Fax
dmcmullen@calfee.com                                               and
gyanchar@calfee.com
mmcdougall@calfee.com                                            John T. McLandrich (OH 0021494)
                                                                                       Mazanec, Raskin & Ryder Co., L.P.A.
*Attorneys for Plaintiff, MRI Software, LLC*                100 Franklin's Row
                                                                                       34305 Solon Road
                                                                                       Cleveland, Ohio 44139
                                                                                       t 440.248.7906 │ f 440.248.8861
                                                                                       jmclandrich@mrrlaw.com

                                                                                       *Counsel for Lynx Systems, Inc. and Donald Robinson*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 24, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

*/s/ Georgia K.E. Yanchar*
*Attorney for MRI Software, LLC*