# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **MRI SOFTWARE, LLC.,** | ) | **CASE NO.1:12CV1082** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **LYNX SYSTEMS, INC., ET AL.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

In preparation for the Tuesday, February 2, 2016 telephone conference on Plaintiffs'
Motion for Status Conference to discuss alleged continuing violations of the Stipulated
Injunction Order, the Court orders the parties to be prepared to discuss the following:
Whether a ruling on Plaintiff's claims for violations of the Stipulated Injunction order that
Defendants' are still advertising MRI customizations and that Defendants are unlawfully
accessing MRI software on Master Agreement Signatories' computers would have preclusive
effect on claims in this case, such that it would improperly remove determination of these
issues from the finder of fact and/or form a basis for dispositive motions.  Furthermore, the
parties shall be prepared to discuss whether a settlement conference would be beneficial.

IT IS SO ORDERED.


 S:/Christopher A. Boyko_____
CHRISTOPHER A. BOYKO
United States District Judge