UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MRI SOFTWARE, INC. | ) | CASE NO.1:12CV1082 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| LYNX SYSTEMS, INC.,ET AL., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

The Court held a telephone status conference with counsel for Plaintiff and Defendants on February 2, 2016.  As a result of the conference, the Court determined a number of outstanding issues.

The Court will extend expert report and dispositive motion dates as follows:

| | |
|---|---|
| Expert Report by Party with Burden of Proof: | February 9, 2016 |
| Response Expert Reports: | March 14, 2016 |
| Reply Expert Reports: | April 1, 2016 |
| Expert Discovery Complete: | May 5, 2016 |
| Dispositive Motions Due: | June 24, 2016 |

The Court will hold a settlement conference on March 2, 2016 at 2:00 PM EST. All parties with full settlement authority must attend in person. The Court will issue a Settlement Conference Order outlining the exchange of settlement positions between the parties and their production to the Court. If the case does not settle at that time the Court will set a trial date at the settlement conference. The Court will also address page limitations for the dispositive motions at the settlement conference.

Lastly, the Court will issue a ruling on the pending original contempt motion prior to the settlement conference but will reserve ruling on the subsequent notice of contempt until after the settlement conference.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

Dated: February 5, 2016