UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MRI Software, LLC, | ) | Case No. 1:12-cv-01082 |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| vs. | ) | |
| | ) | |
| Lynx Systems, Inc. et al., | ) | |
| | ) | |
| Defendant. | ) | |

### Lynx System, Inc.'s Motion for Summary Judgment

Lynx Systems, Inc. respectfully moves the Court pursuant to Federal Rule of Civil Procedure 56 for entry of judgment in its favor as to Counts I through XVII of MRI Software, LLC's Amended Complaint because MRI cannot come forward with evidence that, if believed, could establish a genuine issue of material fact with respect to any of its claims. A memorandum in support of this motion is attached.

Respectfully submitted,

Dated: June 24, 2016

/s/ David T. Movius
David T. Movius (0070132)
dmovius@mcdonaldhopkins.com
MCDONALD HOPKINS LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474

John T. McLandrich (0021494)
jmclandrich@mrrlaw.com
MAZANEC, RASKIN & RYDER CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
t 440.248.7906 │ f 440.248.8861

*Attorneys for Lynx Systems, Inc.*

{6188007:2}